**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GREGORY JUDSON SANGLE, JR.,

Petitioner,

v.

Case No. 3:26-cv-1531-WWB-PDB

SECRETARY, DEPARTMENT OF CORRECTIONS,

Respondent.

---

# ORDER

Gregory Judson Sangle, Jr., a Florida state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). Judicially noticed records from state court show that in 2024, a jury found him guilty of second degree murder and possession of a bulletproof vest during the commission of an offense. Sangle was sentenced to life imprisonment. *State v. Sangle*, No. 23-CF-13288 (Fla. 4th Jud. Cir.).

Sangle moves to stay this action while he exhausts his remedies in state court. (Doc. 11). He contends that on September 9, 2026, he filed a motion under Florida Rule of Criminal Procedure 3.850 and requests a stay until the motion is ruled upon.

Sangle must exhaust his remedies in state court before a federal court can grant him relief. 28 U.S.C. § 2254(b)(1)(A). He must give the state court one full opportunity to resolve any federal claim by invoking one complete round of the state's established appellate review process. *O'Sullivan v. Boerckel*, 526 U.S. 838, 845 (1999). The state court must have the first opportunity to review and correct any alleged violation of a federal right. *Baldwin v. Reese*, 541 U.S. 27, 29 (2004). Accordingly, a stay in this case

is warranted until Sangle's state post-conviction proceedings conclude. *Rhines v. Weber*, 544 U.S. 269, 277–78 (2005).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion to Stay (Doc. 11) is **GRANTED**. This case is **STAYED** pending exhaustion of Sangle's remedies in state court.
2. No later than **thirty days** after the state post-conviction proceedings conclude, Sangle must file a motion to lift the stay and re-open this case.
3. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** at Jacksonville, Florida, on October 20, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

TpaP-5
C: Gregory Judson Sangle, Jr., N52501